*Jacqueline M. James, Esq.*

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMES@JACQUELINEJAMESLAW.COM
JACQUELINEJAMESLAW.COM

April 16, 2026

The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: 1:25-cv-09728-LAP; Plaintiff's Second Request for an Extension of Time Within Which to Effectuate Service on Defendant**

Dear Judge Preska,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On November 22, 2025, Plaintiff filed the instant case against John Doe subscriber assigned IP address 184.152.221.26 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On December 23, 2025, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff was originally required to effect service on the Defendant no later than February 20, 2026.  Because Plaintiff's Defendant's Motion for Leave was pending before the Court at the time, on February 4, 2026, Plaintiff filed its First Request for an Extension of Time Within Which to Effectuate Service on Defendant ("First Request for Extension").

On February 12, 2026, the Court granted Plaintiff's First Request for Extension, extending the deadline to effect service of process to April 21, 2026.

On April 2, 2026, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information.   Plaintiff issued the

1

subpoena on or about April 3, 2026 and, in accordance with the time allowances provided to both the Defendant and the ISP, expects to receive the ISP response on or about May 11, 2026.

Plaintiff respectfully requests that the deadline to effect service of the summons and Amended Complaint on Defendant be extended for sixty (60) days from May 11, 2026 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to July 10, 2026.  This extension should provide Plaintiff time to receive the ISP response, conduct a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action, and if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process upon the Defendant.

For the foregoing reasons, Plaintiff respectfully requests that the deadline to effect service of the summons and Amended Complaint on Defendant be extended to July 10, 2026.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

April 17, 2026

2